IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cynthia Ching-Solis,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Piedmont Airlines, Inc.,<br><br>　　　　Defendant. | No. CV-16-1105-SMM<br><br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff Cynthia Ching-Solis's Fed. R. Civ. P. 41(a)(1)(A)(i) notice of voluntary dismissal with prejudice. (Doc. 13.) Under Rule 41(a)(1)(A), Plaintiff may voluntarily dismiss her *action* without a court order by filing either, (i) "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment," or (ii) "a stipulation of dismissal signed by all parties who have appeared." Fed.R.Civ.P. 41 (a)(1)(A)(i)-(ii). Plaintiff's notice of voluntary dismissal with prejudice is pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as Defendant has not filed an Answer to Plaintiff's Complaint. (Id.) Accordingly,

　　　　**IT IS HEREBY ORDERED DISMISSING THIS ACTION WITH PREJUDICE** with each party to bear its own costs and attorney's fees. (Doc. 13.)

　　　　DATED this 31st day of March, 2017.

　　　　　　　　　　　　　　　　　　　*Stephen M. McNamee*
　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　Senior United States District Judge